BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT HOMER

| | |
|---|---|
| JOEL MUMEY, ) | |
| Plaintiff, ) | RECEIVED |
| vs. ) | JUL 07 2020 |
| STATE OF ALASKA, DEPT OF ) LAW and JUSTIN S. HILARIO, ) | LAW-CIVIL |
| Defendant. ) | Case No. 3HO-20-00083 CI |

## AFFIDAVIT OF CIVIL RULE 4 PROCESS

STATE OF ALASKA )
) ss:
THIRD JUDICIAL DISTRICT )

I, Angela C. Miller, being duly sworn, do hereby state as follows: That I am employed at BARBER & ASSOCIATES, LLC; that pursuant to Exhibit 1 attached hereto, a copy of the Summons and Complaint was served by certified mail to defendant State of Alaska, Department of Law on May 22, 2020 and pursuant to Exhibit 2 attached hereto, a copy of the Summons and Complaint was served by North Country Process to defendant Justin S. Hilario on June 28, 2020; that the defendants in this action have been served.

4391/03 Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3HO-20-00083 CI
Page 1
Exhibit B, Page 1 of 4
Case 3:20-cv-00172-TMB   Document 1-2   Filed 07/21/20   Page 1 of 4

_Angela C. Miller_
Angela C. Miller

SUBSCRIBED AND SWORN to before me this 6 day of July, 2020.



_Nancy L. Struempler_
Notary Public in and for Alaska
My Commission Expires: 08-04-22

CERTIFICATE OF SERVICE
This is to certify that on this date a copy of the foregoing was served by (X) mail ( ) fax ( ) hand to:

Kevin Clarkson, AG
State of Alaska
Department of Law
1031 W Fourth Ave., Suite 200
Anchorage, AK 99501

Justin Hilario
PO Box 1926
Homer, AK 99606

_Angie Miller_ 7.6.20
Angie Miller                Date

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4391/03 Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3HO-20-00083 CI
Page 2
Exhibit B, Page 2 of 4
Case 3:20-cv-00172-TMB   Document 1-2   Filed 07/21/20   Page 2 of 4

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVIN CLARKSON, ATTY GENERAL
STATE OF ALASKA, DEPT OF LAW
1031 W 4TH AVE STE 200
ANCHORAGE, AK 99501

9590 9402 4285 8190 9809 30

2. Article Number (Transfer from service label)

7017 2680 0000 8851 9077

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  OAG     ☐ Agent
           ☐ Addressee

B. Received by (Printed Name): AJC092 C19
C. Date of Delivery: 5/22/20

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT _____
Page ___ of ___

Exhibit B, Page 3 of 4

RECEIVED
JUL 02 2020
BARBER & ASSOCIATES, LLC
FILE STAMP

## AFFIDAVIT - RETURN OF SERVICE

JOEL MUMEY

    Plaintiff(s),

vs.

Case Number: 3HO-20-00083 CI

STATE OF ALASKA AND JUSTIN S. HILARIO

    Defendant(s).

I solemnly swear or affirm that on 6/28/2020, at 11:58 AM, I served the following documents:

SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, LETTER, COMPLAINT

upon the therein named JUSTIN S. HILARIO at MEETIING PLACE: HOMER POST OFFICE, 3658 HEATH STREET, HOMER, ALASKA 99603, by handing and leaving a true and correct copy with JUSTIN S. HILARIO.

Process Server Notes:
RESEARCH

_____
ANN E. HOFFMAN
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this June 30, 2020 in Soldotna, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 10/17/21

Client: BARBER & ASSOCIATES, LLC
Client Contact: ANGIE MILLER
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

Return No.: 193900

| | | |
|---|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | | $20.00 |
| Fee for Excess Mileage [Rule 11(a)(7)]: | | $69.00 |
| Total miles traveled to obtain service: | 163 | |
| Fee for Excess Hours [Rule 11(a)(1)(iii)]: | | $37.50 |
| Total hours to obtain service: | 3.25 | |
| **Total Recoverable Fees per Admin Rule 11:** | | **$171.50** |
| Research Fee: | | $30.00 |
| Non-Recoverable Tax: | | $13.46 |
| **Total Non-Recoverable Fees per Admin Rule 11:** | | **$43.46** |
| **Total Service Fees:** | | **$214.96** |

Exhibit B, Page 4 of 4

Exhibit 2
Page 1 of 1