Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT IN HOMER

JOEL MUMEY,                                )
                                           )
                    Plaintiff,             )
                                           )
vs.                                        )
                                           )
STATE OF ALASKA, DEPT OF                   )
LAW and JUSTIN S. HILARIO,                 )
                                           )
                    Defendants.            )   Case No. 3HO-20-00083CI
_____)

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:   (907) 276-5817

## COMPLAINT

The plaintiff JOEL MUMEY, by and through his attorneys Barber & Associates,

LLC, and for his Complaint against STATE OF ALASKA, DEPT. OF LAW and JUSTIN

S. HILARIO, hereby state and allege as follows:

## THE PARTIES

1.    At all times material hereto, the plaintiff was and is a resident of Ninilchick, Alaska.

2.    At all times material hereto, the State of Alaska is a sovereign entity that has

4391 / 01 Complaint
Mumey v. DOC et al.
Page 1

consented to be sued through the Legislature's adoption of a statute.

3.     At all times material hereto, JUSTIN HILARIO was and is an Alaska State Trooper and a resident of the Third Judicial District.

4.     At all times material hereto, Justin Hilario was acting under color of law as an Alaska State Trooper.

## JURISDICTION & VENUE

5.     This Court has jurisdiction over this matter pursuant to AS 22.10.020.

6.     Venue is proper because Plaintiff's cause of action accrued within the third judicial district.

## GENERAL ALLEGATIONS

7.     On June 29, 2019, Justin Hilario used excessive force when arresting the plaintiff in Ninilchik and transporting him to Homer, Alaska, causing serious injury to the plaintiff for which the defendants are liable.

8.     The State is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

9.     At all times material hereto, Justin Hilario was employed by the State.

10.     The Fourth Amendment guarantees the right to be free from unreasonable seizure.

11.     The Eighth Amendment guarantees the right to be free from cruel and unusual punishment.

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

4391 / 01 Complaint
Mumey v. DOC et al.
Page 2

12.     The defendants owed a duty to exercise reasonable care toward the plantiff.

13.     Justin Hilario was required to use reasonable force when handcuffing and handling the plaintiff.

14.     Justin Hilario's negligence and/or gross negligence and/or recklessness and/or malicious conduct was a substantial factor in causing harm to the plaintiff for which the defendants are liable.

15.     Justin Hilario was an agent of the State of Alaska.

16.     Justin Hilario was acting under color of law in the course and scope of his duties for the State of Alaska and acting pursuant to its policies, customs and practices when he engaged in excessive force;

17.     Justin Hilario was trained, and/or supervised and/or taught that using excessive force was objectively unreasonable and in violation of the plaintiff's rights;

18.     Justin Hilario's handcuffing and handling the plaintiff was so forceful that he caused a left wrist radial styloid fracture and left shoulder injury to the plaintiff.

19.     Justin Hilario's actions with respect to the plaintiff was offensive to human dignity;

20.     The defendants are liable for actions which constitute cruel and unusual punishment in violation of the State and U.S. Constitutions and laws;

21.     The defendants are liable for violating the rights of plaintiff to be free from cruel and unusual punishment guaranteed by the Alaska Constitution and the United States

4391 / 01 Complaint
Mumey v. DOC et al.
Page 3

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

Constitution, 8th Amendment to the U.S. Constitution, U.S. Statute 42 Section 1983, and United States of America Common Law.

22. The defendants are liable for violating the rights of plaintiff to be free from unreasonable seizure guaranteed by the Alaska Constitution and the United States Constitution, 4th Amendment to the U.S. Constitution, U.S. Statute 42 Section 1983, and United States of America Common Law.

23. Justin Hilario acted in a manner which was unreasonable because it created a great and unjustified and unnecessary danger of serious bodily injury of the plaintiff resulting in harm in violation of the plaintiff's constitutional rights;

24. The defendants engaged in reckless and capricious conduct that was unreasonable and/or unnecessarily dangerous and/or was with deliberate indifference and/or shocks the conscience;

25. The defendants' unreasonable, reckless, dangerous and unconstitutional actions without justification directly caused plaintiff to suffer great physical and emotional injury for which defendants are liable;

26. Justin Hilario's acts and omissions evidenced reckless disregard to the interests of plaintiffs and/or were outrageous and entitle plaintiffs to exemplary or punitive damages.

28. Justin Hilario is liable for assault and/or battery which was a substantial factor in causing harm to the plaintiff.

4391 / 01 Complaint
Mumey v. DOC et al.
Page 4

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:      (907) 276-5817

27. Justin Hilario's conduct with regard to the plaintiff was so egregious that any reasonable Trooper would have known this conduct was unlawful.

28. Justin Hilario's conduct regarding the plaintiff was willful, reckless, or intentional misconduct, or was done with gross negligence or malice, entitling plaintiff to damages, including punitive damages.

29. To the extent that Justin Hilario's misconduct described herein so clearly violated U.S. and Alaska law as to which he had clear notice, he was not acting within the scope of his employment, but merely under color of law.

30. The defendants are liable for past and/or future: medical expense, pain, suffering, emotional distress, loss of capacity for enjoyment of life, inconvenience, and other non-pecuniary damages to be more fully set forth at trial, all in an amount greater than $100,000 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

31. The defendant Justin Hilario is liable for exemplary or punitive damages for conduct evidencing reckless disregard to the interests of the plaintiff and/or outrageous conduct.

32. The defendants are liable for full reasonable attorney fees pursuant to AS 09.17.060.

WHEREFORE, having fully pled plaintiff's complaint, the plaintiff requests a judgment against the defendants for an amount greater than $100,000 (ONE HUNDRED

4391 / 01 Complaint
Mumey v. DOC et al.
Page 5

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 30th day of April, 2020.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By:_/s/ Jeff Barber_____
JEFF BARBER
AK Bar #0111058

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4391 / 01 Complaint
Mumey v. DOC et al.
Page 6

**CASE DESCRIPTION – SUPERIOR COURT**

Case Number: 3HO-20-83C1

| Type of Action | | For Court Use Only | |
|---|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | | Case Type | Action Code |
| **Tort** | | | |
| | Wrongful Death | Civil Superior Court | CISPID |
| | Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| | Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| | Product Liability | Civil Superior Court | CISPL |
| | Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| | Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| ☒ | Other Tort | Civil Superior Court | CISIDO |
| | Approval of Minor Settlement – Civil Petition *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | | |
| | Legal Malpractice | Civil Superior Court | CISLMP |
| | Medical Malpractice | Civil Superior Court | CISMMP |
| | Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | | |
| | Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| | Change of Name - Adult | Change of Name | CICON |
| | Change of Name - Minor | Change of Name | CICONM |
| | Confession of Judgment | Civil Superior Court | CISCCONF |
| | Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| | Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| | Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| | Fraud | Civil Superior Court | CISFRAUD |
| | Unfair Trade Practice and Consumer Protection | Civil Superior Court Clerk: Issue form CIV-128 | CISUTP |
| | Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| | Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| | Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| | Other Superior Court Complaint | Civil Superior Court | CISOCI |
| | Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | | |
| | Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | | |
| | Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| | DMV Appeal | Appeal from Admin Agency | CIADDMV |
| | Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| | Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| | CSSD License Review Action | Petition for Review or Relief | CICSED |
| | Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| | Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | | |
| | Civil Appeal | Appeal from District Court | CIACI2 |
| | Criminal Appeal | Appeal from District Court | CIACRM |
| | Minor Offense Appeal | Appeal from District Court | CIAMO |
| | Small Claims Appeal | Appeal from District Court | CIASC |
| | Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| | Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

CIV-125S (1/18)(cs)
CASE DESCRIPTION FORM – SUPERIOR COURT

Case 3:20-cv-00172-JMK   Document 10-1   Filed 08/10/20   Page 7 of 30

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA

AT _____Homer_____

JOEL MUMEY )
)
Plaintiff(s), )
)
vs. )
)
STATE OF ALASKA and )
JUSTIN S. HILARIO )
)
Defendant(s). )
_____ )

CASE NO._____3HO-20-00083 CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: STATE OF ALASKA _____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): 3670 Lake St. Bldg A, Homer, AK 99603 _____ within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:

Plaintiff's attorney or plaintiff (if unrepresented): JEFF BARBER _____
Address: 540 E Fifth Avenue, Anchorage, AK 99501 _____

_____

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

This case has been assigned to Judge _Bride Seifert_.

(SEAL)

CLERK OF COURT

_5-12-2020_                    By: _Shoikon_
Date                                    Deputy Clerk

*The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (10/17)(cs)                                   Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____ Homer _____

JOEL MUMEY )
)
                Plaintiff(s), )
)
vs. )
)
STATE OF ALASKA and )
JUSTIN S. HILARIO )
)
                Defendant(s). )

CASE NO. _____ 3HO-20-00083 CI

## SUMMONS
## AND
## NOTICE TO BOTH PARTIES
## OF JUDICIAL ASSIGNMENT

To Defendant: JUSTIN S. HILARIO _____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address): 3670 Lake St. Bldg A, Homer, AK 99603
within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:
    Plaintiff's attorney or plaintiff (if unrepresented): JEFF BARBER
    Address: 540 E Fifth Avenue, Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant
This case has been assigned to Judge _Bride Seifert_ .

(SEAL)

CLERK OF COURT

3-12-2020
Date

By: _Shpikin_
           Deputy Clerk

*The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT HOMER

| | |
|---|---|
| JOEL MUMEY, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATE OF ALASKA, DEPT OF | ) |
| LAW and JUSTIN S. HILARIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RECEIVED**

**JUL 07 2020**

**LAW-CIVIL**

Case No. 3HO-20-00083 CI

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

## <u>AFFIDAVIT OF CIVIL RULE 4 PROCESS</u>

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

I, Angela C. Miller, being duly sworn, do hereby state as follows: That I am employed at BARBER & ASSOCIATES, LLC; that pursuant to Exhibit 1 attached hereto, a copy of the Summons and Complaint was served by certified mail to defendant State of Alaska, Department of Law on May 22, 2020 and pursuant to Exhibit 2 attached hereto, a copy of the Summons and Complaint was served by North Country Process to defendant Justin S. Hilario on June 28, 2020; that the defendants in this action have been served.

4391/03 Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3HO-20-00083 CI
Page 1

_Angela C. Miller_

Angela C. Miller

SUBSCRIBED AND SWORN to before me this 6 day of July, 2020.



_Nancy L. Struempler_

Notary Public in and for Alaska
My Commission Expires: 08-04-22

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:      (907) 276-5817

CERTIFICATE OF SERVICE
This is to certify that on this
date a copy of the foregoing was
served by (X) mail ( ) fax ( ) hand
to:

Kevin Clarkson, AG
State of Alaska
Department of Law
1031 W Fourth Ave., Suite 200
Anchorage, AK 99501

Justin Hilario
PO Box 1926
Homer, AK 99603

_Angie Miller_     7.6.20

Angie Miller                    Date

4391/03 Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3HO-20-00083 CI
Page 2

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVIN CLARKSON, ATTY GENERAL
STATE OF ALASKA, DEPT OF LAW
1031 W 4TH AVE STE 200
ANCHORAGE, AK 99501

9590 9402 4285 8190 9809 30

2. Article Number *(Transfer from service label)*

7117 2680 0000 8851 9077

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X OAG

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     AJCS92  C19

C. Date of Delivery     5/22/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT_____
Page ___1___ of ___1___

## AFFIDAVIT - RETURN OF SERVICE

JOEL MUMEY

    Plaintiff(s),

Case Number:  3HO-20-00083 CI

vs.

STATE OF ALASKA AND JUSTIN S. HILARIO

    Defendant(s).

I solemnly swear or affirm that on 6/28/2020, at 11:58 AM, I served the following documents:

SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, LETTER, COMPLAINT

upon the therein named JUSTIN S. HILARIO at MEETIING PLACE: HOMER POST OFFICE, 3658 HEATH STREET, HOMER, ALASKA 99603, by handing and leaving a true and correct copy with JUSTIN S. HILARIO.

Process Server Notes:
RESEARCH

ANN E. HOFFMAN
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this June 30, 2020 in Soldotna, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: 10/17/21

Client:      BARBER & ASSOCIATES, LLC
Client Contact:  ANGIE MILLER
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**NCPI@alaska.net**

**Return No.: 193900**

| | | |
|---|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | | $20.00 |
| Fee for Excess Mileage [Rule 11(a)(7)]: | | $69.00 |
| Total miles traveled to obtain service: | 163 | |
| Fee for Excess Hours [Rule 11(a)(1)(iii)]: | | $37.50 |
| Total hours to obtain service: | 3.25 | |
| **Total Recoverable Fees per Admin Rule 11:** | | **$171.50** |
| Research Fee: | | $30.00 |
| Non-Recoverable Tax: | | $13.46 |
| **Total Non-Recoverable Fees per Admin Rule 11:** | | **$43.46** |
| **Total Service Fees:** | | **$214.96** |

Exhibit  2
Page   1  of 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT HOMER

|  |  |
|---|---|
| JOEL MUMEY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPT OF LAW | ) |
| and JUSTIN S. HILARIO, | ) |
| | ) |
|       Defendants. | )   Case No. 3HO-20-00083CI |

## DEFENDANT HILARIO'S NOTICE TO STATE COURT OF REMOVAL

To:    Clerk of the Court, Superior Court for the State of Alaska,
         Third Judicial District at Homer

Please take notice that on July 20, 2020, Defendant Justin S. Hilario filed a

Notice of Removal to the United States District Court for the District of Alaska. A copy

of said Notice is attached as Exhibit A.

DATED: July 20, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL


By:    s/Mark Cucci/
        Mark Cucci
        Assistant Attorney General
        Alaska Bar No. 0311047

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

KEVIN G. CLARKSON
ATTORNEY GENERAL

Mark Cucci (Alaska Bar No. 0311047)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mark.cucci@alaska.gov

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOEL MUMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:20-cv-_____ |
| | ) | State Court Case No. 3HO-20-00083CI |
| STATE OF ALASKA, DEPT OF LAW | ) | |
| and JUSTIN S. HILARIO, | ) | **DEFENDANT'S NOTICE OF** |
| | ) | **REMOVAL** |
| Defendants. | ) | |

Pursuant to 28 USC §§ 1441 and 1446, defendant Justin S. Hilario, through

counsel, notifies the Court of the removal of the above-captioned case from the Superior

Court for the State of Alaska, Third Judicial District at Homer, Case No. 3HO-20-00083

CI. Removal is based on the following:

Plaintiff Joel Mumey filed a lawsuit against Trooper Hilario and State of Alaska,

Department of Law, alleging various state and federal law claims.

1.      The action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. Section 1441, in that it is a civil action arising under the Constitution, laws, or treaties of the United States.

2.      Written notice of this filing will promptly be given to all adverse parties as required by 28 U.S.C. § 1446(d).

A Notice to State Court of Removal will be filed in the Superior Court for the State of Alaska, in the Third Judicial District at Homer, Case No. 3HO-20-00083 CI.

1.      Plaintiff filed a civil action entitled *Joel Mumey v. State of Alaska, Department of Law and Justin H. Hilario*, Case No. 3HO-20-00083 CI, in Superior Court, for the State of Alaska, Third Judicial District. A copy of the Complaint is attached hereto as Exhibit A.

2.      The federal district court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because the complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. Federal question jurisdiction is available to entertain claims arising under the Constitution and laws of the United States. See 28 U.S.C. § 1331.

3.      This notice of removal is timely under 28 U.S.C. § 1446(b). The Complaint filed in Alaska Superior Court, Case No. 3HO-20-00083 CI, and copies of the

summons were received by Trooper Hilario on June 30, 2020. Less than thirty (30) days has elapsed since the receipt of the Complaint and notice of the federal claims.

4.      Written notice of the filing of this Notice of Removal will be filed simultaneously herewith with the Clerk of Trial Courts, Third Judicial District, State of Alaska, along with a copy of this Notice of Removal. Written notice of the filing of the notice for removal will also be served on Plaintiff.

5.      The other defendant in this lawsuit, State of Alaska Department of Law, has not yet been served with the summons and complaint pursuant to Alaska Rule of Civil Procedure 4(d)(7)(8). The Attorney General's Office usually represents state agencies in similar lawsuits. An entry and answer will be filed if and when service of process is completed. A copy of Plaintiff's Civil Rule 4 Affidavit of Service is attached as Exhibit B.

Petitioner requests that the above-entitled action be removed from the Superior Court for the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska.

DATED: July 20, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By:     /s/Mark Cucci
        Mark Cucci
        Assistant Attorney General
        Alaska Bar No. 0311047
        Department of Law
        1031 West Fourth Avenue, Ste. 200
        Anchorage, AK 99501

Phone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mark.cucci@alaska.gov
Attorney for Defendants

Certificate of Service
I certify that on July 20, 2020 the foregoing **Defendant's Notice of Removal** was served electronically on:

Jeffrey J. Barber
Barber and Associates, LLC
540 East Fifth Avenue
Anchorage, AK 99501
jeffb@alaskainjury.com


/s/Mark Cucci
Mark Cucci, Assistant Attorney General

# AFFIDAVIT - RETURN OF SERVICE

JOEL MUMEY

    Plaintiff(s),

                                      Case Number:  3HO-20-00083 CI

vs.

STATE OF ALASKA AND JUSTIN S. HILARIO

    Defendant(s).

I solemnly swear or affirm that on 6/28/2020, at 11:58 AM, I served the following documents:

SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, LETTER, COMPLAINT

upon the therein named JUSTIN S. HILARIO at MEETIING PLACE:  HOMER POST OFFICE, 3658 HEATH STREET, HOMER, ALASKA 99603, by handing and leaving a true and correct copy with JUSTIN S. HILARIO.

Process Server Notes:
RESEARCH

_____
ANN E. HOFFMAN
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this June 30, 2020 in Soldotna, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 10/17/21

Client:           BARBER & ASSOCIATES, LLC
Client Contact:  ANGIE MILLER
File Number:

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**NCPI@alaska.net**

**Return No.:  193900**

| | | |
|---|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | | $20.00 |
| Fee for Excess Mileage [Rule 11(a)(7)]: | | $69.00 |
| Total miles traveled to obtain service: | 163 | |
| Fee for Excess Hours [Rule 11(a)(1)(iii)]: | | $37.50 |
| Total hours to obtain service: | 3.25 | |
| **Total Recoverable Fees per Admin Rule 11:** | | **$171.50** |
| Research Fee: | | $30.00 |
| Non-Recoverable Tax: | | $13.46 |
| **Total Non-Recoverable Fees per Admin Rule 11:** | | **$43.46** |
| **Total Service Fees:** | | **$214.96** |

Exhibit A, Page 1 of 7

Exhibit  2

Page_____ of 1

Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff



BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT IN HOMER

| | |
|---|---|
| JOEL MUMEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STATE OF ALASKA, DEPT OF | ) |
| LAW and JUSTIN S. HILARIO, | ) |
| | ) |
| Defendants. | ) Case No. 3HO-20-00083CI |
| | ) |

## COMPLAINT

The plaintiff JOEL MUMEY, by and through his attorneys Barber & Associates,

LLC, and for his Complaint against STATE OF ALASKA, DEPT. OF LAW and JUSTIN

S. HILARIO, hereby state and allege as follows:

## THE PARTIES

1. At all times material hereto, the plaintiff was and is a resident of Ninilchick, Alaska.

2. At all times material hereto, the State of Alaska is a sovereign entity that has

4391 / 01 Complaint
Mumey v. DOC et al.
Page 1

consented to be sued through the Legislature's adoption of a statute.

3.     At all times material hereto, JUSTIN HILARIO was and is an Alaska State Trooper and a resident of the Third Judicial District.

4.     At all times material hereto, Justin Hilario was acting under color of law as an Alaska State Trooper.

## JURISDICTION & VENUE

5.     This Court has jurisdiction over this matter pursuant to AS 22.10.020.

6.     Venue is proper because Plaintiff's cause of action accrued within the third judicial district.

## GENERAL ALLEGATIONS

7.     On June 29, 2019, Justin Hilario used excessive force when arresting the plaintiff in Ninilchik and transporting him to Homer, Alaska, causing serious injury to the plaintiff for which the defendants are liable.

8.     The State is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

9.     At all times material hereto, Justin Hilario was employed by the State.

10.    The Fourth Amendment guarantees the right to be free from unreasonable seizure.

11.    The Eighth Amendment guarantees the right to be free from cruel and unusual punishment.

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

4391 / 01 Complaint
Mumey v. DOC et al.
Page 2

Exhibit A, Page 3 of 7

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:   (907) 276-5817

12.    The defendants owed a duty to exercise reasonable care toward the plantiff.

13.    Justin Hilario was required to use reasonable force when handcuffing and handling the plaintiff.

14.    Justin Hilario's negligence and/or gross negligence and/or recklessness and/or malicious conduct was a substantial factor in causing harm to the plaintiff for which the defendants are liable.

15.    Justin Hilario was an agent of the State of Alaska.

16.    Justin Hilario was acting under color of law in the course and scope of his duties for the State of Alaska and acting pursuant to its policies, customs and practices when he engaged in excessive force;

17.    Justin Hilario was trained, and/or supervised and/or taught that using excessive force was objectively unreasonable and in violation of the plaintiff's rights;

18.    Justin Hilario's handcuffing and handling the plaintiff was so forceful that he caused a left wrist radial styloid fracture and left shoulder injury to the plaintiff.

19.    Justin Hilario's actions with respect to the plaintiff was offensive to human dignity;

20.    The defendants are liable for actions which constitute cruel and unusual punishment in violation of the State and U.S. Constitutions and laws;

21. The defendants are liable for violating the rights of plaintiff to be free from cruel and unusual punishment guaranteed by the Alaska Constitution and the United States

4391 / 01 Complaint
Mumey v. DOC et al.
Page 3

Constitution, 8th Amendment to the U.S. Constitution, U.S. Statute 42 Section 1983, and United States of America Common Law.

22.   The defendants are liable for violating the rights of plaintiff to be free from unreasonable seizure guaranteed by the Alaska Constitution and the United States Constitution, 4th Amendment to the U.S. Constitution, U.S. Statute 42 Section 1983, and United States of America Common Law.

23.  Justin Hilario acted in a manner which was unreasonable because it created a great and unjustified and unnecessary danger of serious bodily injury of the plaintiff resulting in harm in violation of the plaintiff's constitutional rights;

24.   The defendants engaged in reckless and capricious conduct that was unreasonable and/or unnecessarily dangerous and/or was with deliberate indifference and/or shocks the conscience;

25.  The defendants' unreasonable, reckless, dangerous and unconstitutional actions without justification directly caused plaintiff to suffer great physical and emotional injury for which defendants are liable;

26.  Justin Hilario's acts  and  omissions evidenced reckless disregard to the interests of plaintiffs and/or were outrageous and entitle plaintiffs to exemplary or punitive damages.

28.  Justin Hilario is liable for assault and/or battery which was a substantial factor in causing harm to the plaintiff.

4391 / 01 Complaint
Mumey v. DOC et al.
Page 4

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:   (907) 276-5817

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

27. Justin Hilario's conduct with regard to the plaintiff was so egregious that any reasonable Trooper would have known this conduct was unlawful.

28.    Justin Hilario's conduct regarding the plaintiff was willful, reckless, or intentional misconduct, or was done with gross negligence or malice, entitling plaintiff to damages, including punitive damages.

29.    To the extent that Justin Hilario's misconduct described herein so clearly violated U.S. and Alaska law as to which he had clear notice, he was not acting within the scope of his employment, but merely under color of law.

30.    The defendants are liable for past and/or future: medical expense, pain, suffering, emotional distress, loss of capacity for enjoyment of life, inconvenience, and other non-pecuniary damages to be more fully set forth at trial, all in an amount greater than $100,000 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

31.    The defendant Justin Hilario is liable for exemplary or punitive damages for conduct evidencing reckless disregard to the interests of the plaintiff and/or outrageous conduct.

32.    The defendants are liable for full reasonable attorney fees pursuant to AS 09.17.060.

    WHEREFORE, having fully pled plaintiff's complaint, the plaintiff requests a judgment against the defendants for an amount greater than $100,000 (ONE HUNDRED

4391 / 01 Complaint
Mumey v. DOC et al.
Page 5

THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and

attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 30th day of April, 2020.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By:_/s/ Jeff Barber_____
JEFF BARBER
AK Bar #0111058

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

4391 / 01 Complaint
Mumey v. DOC et al.
Page 6

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT HOMER

JOEL MUMEY,                               )
                              )
       Plaintiff,                        )
                              )
vs.                                       )
                              )
STATE OF ALASKA, DEPT OF                  )
LAW and JUSTIN S. HILARIO,                )
                              )
       Defendant.                       )   Case No. 3HO-20-00083 CI

**RECEIVED**

**JUL 0 7 2020**

**LAW-CIVIL**

**BARBER & ASSOCIATES, LLC**
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:   (907) 276-5817

### AFFIDAVIT OF CIVIL RULE 4 PROCESS

STATE OF ALASKA        )
                         ) ss:
THIRD JUDICIAL DISTRICT  )

      I, Angela C. Miller, being duly sworn, do hereby state as follows: That I am employed

at BARBER & ASSOCIATES, LLC; that pursuant to Exhibit 1 attached hereto, a copy of the

Summons and Complaint was served by certified mail to defendant State of Alaska, Department

of Law on May 22, 2020 and pursuant to Exhibit 2 attached hereto, a copy of the Summons and

Complaint was served by North Country Process to defendant Justin S. Hilario on June 28, 2020;

that the defendants in this action have been served.

4391/03 Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3HO-20-00083 CI
Page 1
                                       Exhibit B, Page 1 of 4

Case 3:20-cv-00172-JMK   Document 10-1   Filed 08/10/20   Exhibit A, Page 3 of 2  Page 26 of 15

_Angela C. Miller_
Angela C. Miller

SUBSCRIBED AND SWORN to before me this 6 day of July, 2020.



_Nancy L. Struempler_
Notary Public in and for Alaska
My Commission Expires: 08-04-22

**BARBER & ASSOCIATES, LLC**
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:     (907) 276-5817

<u>CERTIFICATE OF SERVICE</u>
This is to certify that on this
date a copy of the foregoing was
served by (X) mail ( ) fax ( ) hand
to:

Kevin Clarkson, AG
State of Alaska
Department of Law
1031 W Fourth Ave., Suite 200
Anchorage, AK 99501

Justin Hilario
PO Box 1926
Homer, AK 99603

_Angie Miller_     7·6·20
Angie Miller              Date

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVIN CLARKSON, ATTY GENERAL
STATE OF ALASKA, DEPT OF LAW
1031 W 4TH AVE STE 200
ANCHORAGE, AK 99501

9590 9402 4285 8190 9809 30

2. Article Number (Transfer from service label)

117 2680 0000 8851 9077

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X OAG
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
AJCSQ2  C19     5/22/20

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT_____
Page ____ of ____

Exhibit B, Page 3 of 4

RECEIVED

JUL 02 2020

BARBER & ASSOCIATES, LLC

**FILE STAMP**

## AFFIDAVIT - RETURN OF SERVICE

JOEL MUMEY

    Plaintiff(s),

vs.                        Case Number:  3HO-20-00083 CI

STATE OF ALASKA AND JUSTIN S. HILARIO

    Defendant(s).

I solemnly swear or affirm that on 6/28/2020, at 11:58 AM, I served the following documents:

SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, LETTER, COMPLAINT

upon the therein named JUSTIN S. HILARIO at MEETIING PLACE: HOMER POST OFFICE, 3658 HEATH STREET, HOMER, ALASKA 99603, by handing and leaving a true and correct copy with JUSTIN S. HILARIO.

Process Server Notes:
RESEARCH

ANN E. HOFFMAN
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this June 30, 2020 in Soldotna , Alaska.

Client:        BARBER & ASSOCIATES, LLC
Client Contact:  ANGIE MILLER              Notary Public in and for the State of Alaska
File Number:                        My Commission Expires: 10/17/21

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**NCPI@alaska.net**

**Return No.:  193900**

| | | |
|---|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | | $20.00 |
| Fee for Excess Mileage [Rule 11(a)(7)]: | | $69.00 |
| Total miles traveled to obtain service: | 163 | |
| Fee for Excess Hours [Rule 11(a)(1)(iii)]: | | $37.50 |
| Total hours to obtain service: | 3.25 | |
| **Total Recoverable Fees per Admin Rule 11:** | | **$171.50** |
| Research Fee: | | $30.00 |
| Non-Recoverable Tax: | | $13.46 |
| **Total Non-Recoverable Fees per Admin Rule 11:** | | **$43.46** |
| **Total Service Fees:** | | **$214.96** |

Exhibit B, Page 4 of 4

Exhibit   2
Page   1    of 1

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT HOMER

JOEL MUMEY,                              )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )
                                         )
STATE OF ALASKA, DEPT OF LAW             )
and JUSTIN S. HILARIO,                   )
                                         )
          Defendants.                    )    Case No. 3HO-20-00083CI

## CERTIFICATE OF SERVICE

I certify that on this date true and correct copies of the **Defendant Hilario's**

**Notice to State Court of Removal; Exhibit A;** and this **Certificate of Service** were

served via email on the following:

> Jeffrey J. Barber
> Barber and Associates, LLC
> 540 East Fifth Avenue
> Anchorage, AK  99501

_____     7/20/2020
Cassidy R. White               Date
Law Office Assistant II

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100