Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL MUMEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| STATE OF ALASKA, DEPT OF LAW and JUSTIN S. HILARIO, | ) ) ) ) |
| Defendant. | ) Case No. 3:20-cv-000172-JMK ) |

## SUPPLEMENTAL AFFIDAVIT OF CIVIL RULE 4 PROCESS

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

I, Angela C. Miller, being duly sworn, do hereby state as follows: That I am employed at BARBER & ASSOCIATES, LLC; that pursuant to Exhibit 1 attached hereto, a copy of the Summons and Complaint was served by certified mail to defendant State of Alaska Department of Law in Juneau, Alaska on October 12, 2020; and that pursuant to Exhibit 2 attached hereto, a copy of the Summons and Complaint was served by certified mail to defendant State of Alaska,

4391/05 Supplemental Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3:20-cv-000172-JMK
Page 1
Case 3:20-cv-00172-JMK   Document 12   Filed 10/26/20   Page 1 of 2

Department of Law in Anchorage, Alaska on May 22, 2020 and a copy of the Summons and Complaint was served by North Country Process to defendant Justin S. Hilario on June 28, 2020; that the defendants in this action have been served.

_____
Angela C. Miller

SUBSCRIBED AND SWORN to before me this 26 day of October, 2020.



_____
Notary Public in and for Alaska
My Commission Expires: 7/10/21

CERTIFICATE OF SERVICE
hereby certify that on this 26th of October, 2020,
a copy of the foregoing was served by email
to the following:

Mark Cucci
mark.cucci@alaska.gov

_____
Angie Miller

4391/05 Supplemental Affidavit of Civil Rule 4 Process
Mumey v State of Alaska and Hilario; Case No. 3:20-cv-000172-JMK
Page 2