TREG R. TAYLOR
ATTORNEY GENERAL

Mark Cucci (Alaska Bar No. 0311047)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mark.cucci@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOEL MUMEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPT OF LAW<br>and JUSTIN S. HILARIO,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00172-JMK<br><br>**STIPULATION TO MODIFY SCHEDULING AND PLANNING ORDER** |

The parties in the above captioned matter, through respective counsel, hereby stipulate to modify the Scheduling and Planning Order entered by this Court on November 5, 2020. This stipulation extends due dates that have not yet passed, starting with the originally set deadline for the close of discovery on May 14, 2021.

The newly set deadlines are as follows:

　　The Close of Fact Discovery shall be completed by July 16, 2021.

　　Expert Disclosures shall be identified by July 16, 2021, and each party may identify supplemental expert witnesses within 14 days thereafter.

Motions under the discovery rule shall be filed by July 16, 2021.

Expert disclosures (reports) required by Rule 26(a)(2) shall be disclosed on or before August 16, 2021.

Expert witness discovery, including depositions shall be completed by October 15, 2021.

Dispositive motions shall be served and filed by September 24, 2021.

Motions to exclude expert testimony shall be served and filed by September 24, 2021.

All other deadlines will remain as set.

DATED: May 10, 2021.

                TREG R. TAYLOR
                ATTORNEY GENERAL

                By:    /s/Mark Cucci
                          Mark Cucci
                          Assistant Attorney General
                          Alaska Bar No. 0311047
                          Department of Law
                          1031 West Fourth Avenue, Ste. 200
                          Anchorage, AK 99501
                          Phone: (907) 269-5190
                          Facsimile: (907) 258-0760
                          Email: mark.cucci@alaska.gov
                          Attorney for Defendants

DATED: May 10, 2021.

                JEFF BARBER
                BARNES & ASSOCIATES, LLC

                By:    s/Jeff Barber/
                          Jeff Barber
                          AK Bar #0111058

Certificate of Service

I certify that on May 10, 2021 the foregoing **Stipulation to Modify Scheduling and Planning Order** was served electronically on:

Jeffrey J. Barber
Barber and Associates, LLC
jeffb@alaskainjury.com

/s/Mark Cucci
Mark Cucci, Assistant Attorney General